**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2722**

_____

WILLIAM NICHOLAS FORTESCUE, JR.,

Plaintiff - Appellant,

versus

DAVID R. HILLIER, Trustee; JERRY E. KING,
Court-appointed Auctioneer; ROBERT CAMILLE;
HISTORIC FLAT ROCK; W.R. TABER; SIDNEY
KIRKLEY; LINDA OSTEEN BENTLEY; HARLEY OSTEEN;
HARVEY SPIEGEL; GREGORY P. JUSTUS; HILDA
CAMILLE; BRENDA B. BRYSON; CLIFFORD SHIPMAN;
DELORES J. SHIPMAN; ROSCOE GREEN; NANCY GREEN;
TOM LONG; CHRISTINA LONG; CHARLES T. LARUS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Richard L. Voorhees, Chief District Judge. (CA-95-65, BK-93-10347)

_____

Submitted: January 30, 1996        Decided: August 2, 1996

_____

Before WILKINSON, Chief Judge, MOTZ, Circuit Judge, and CHAPMAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Nicholas Fortescue, Jr., Appellant Pro Se. David G. Gray, Jr., WESTALL, GRAY, KIMEL & CONNOLLY, Asheville, North Carolina; Robert Keith Johnson, Charlotte, North Carolina, for Appellees.

_____

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing his bankruptcy appeal and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fortescue v. Hillier</u>, Nos. CA-95-65; BK-93-10347 (W.D.N.C. Apr. 18 & Aug. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>